Matter of Fournier v Skellen (2023 NY Slip Op 03163)

Matter of Fournier v Skellen

2023 NY Slip Op 03163

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, OGDEN, AND GREENWOOD, JJ.

553 CAF 22-01723

[*1]IN THE MATTER OF PHILIP C. FOURNIER, PETITIONER-APPELLANT,
v
BETH SKELLEN AND CHRISTOPHER FOURNIER, RESPONDENTS-RESPONDENTS. 

BRIAN R. WELSH, PLLC, WILLIAMSVILLE (BRIAN R. WELSH OF COUNSEL), FOR PETITIONER-APPELLANT.
NICHOLAS B. ROBINSON, PUBLIC DEFENDER, LOCKPORT (ALEXANDER E. BASINSKI OF COUNSEL), FOR RESPONDENT-RESPONDENT CHRISTOPHER FOURNIER.
DEBRA D. WILSON, LOCKPORT, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Niagara County (Danielle M. Restaino, A.J.), entered February 23, 2022, in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted petitioner visitation with one of the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: June 9, 2023
Ann Dillon Flynn
Clerk of the Court